**Dismissed and Memorandum Opinion filed April 1, 2014.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-14-00221-CR

### RUFUS ANTONIO ESCOBEDO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1414606**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to failure to comply with sex offender requirements. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on January 21, 2014, to confinement for ten years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b)